633 A.2d 1001

PATRICK J. FORENZA AND THOMAS RIZZI, PLAINTIFFS–AP-PELLANTS, v. FRANK E. RODGERS, CLERK OF HUDSON COUNTY, ANTHONY RAFFAELE, WILLIAM STOECKER AND THE HUDSON COUNTY DEMOCRATIC COMMITTEE, DEFEN-DANTS–RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued November 3, 1993—Decided November 19, 1993.

Before Judges PRESSLER, DREIER and BROCHIN.

*Neil D. Marotta* argued the cause for appellants (*Libero D. Marotta,* attorney).

*Marta Baez Petrocelli* argued the cause for respondent Frank E. Rodgers (*Francis De Leonardis,* Hudson County Counsel, attorney; *Mark E. Morchel,* Deputy County Counsel, on the brief).

*Scarinci & Hollenbeck,* attorneys for respondent Hudson County Democratic Committee, relied on the brief filed by Hudson County Counsel.

Respondents Anthony Raffaele and William Stoecker did not file a brief.

PER CURIAM.

The judgment appealed from is affirmed substantially for the reasons stated by Judge D'Italia in his written opinion reported at 268 *N.J.Super.* 482, 633 *A.*2d 1057.